IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 07-00387 ACK KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY K. Y. WONG, | ) | |
| | ) | |
| Defendant(s). | ) | |

_____

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 25, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant The Government's Motion For Default Against Timothy K.Y. Wong" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, March 20, 2008.



_____
Alan C. Kay
Sr. United States District Judge